## SUPREME COURT.

THE AMERICAN EXCHANGE BANK agt. ROBERT L. HILL and
others—(two causes.)

*Affidavits* on a motion to *change the place of trial,* for convenience of witnesses,
as well those opposed to the motion, should state what is *expected to be proved*
by the witnesses.

*New York Special Term, October,* 1861.

MOTIONS to change places of trial from city and county
of New York to Orleans county.

BARNARD, Justice. In affidavits to move for a change of
place of trial on the ground of the convenience of witnesses,
and also in affidavits to oppose such motions, the affidavits
should state what is expected to be proved by the witnesses,
so that the court may judge of their materiality.

In these cases the affidavit of the moving party shows
nine witnesses who are alleged to be material. Eight reside
in Orleans county, two being defendants, and one resides in
Cayuga county. The affidavit sets out what is expected to
be proved by these witnesses, and certainly makes a strong
case.

The motion is opposed on an affidavit stating, generally,
that the plaintiff has six witnesses who are material, but
not stating what is expected to be proved by them. Of
these six witnesses, four reside in Kings county, one in the
city of New York, and one in the state of New Jersey.

Motion granted, with $10 costs of motion in each case,
to abide the event.